IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD MULHOLLAND,

                 Plaintiff,

      v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                 Defendant.

ORDER

14-cv-259-wmc

---

      Pursuant to a joint stipulation for remand (dkt. #21) filed by the parties on January 21, 2015, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  The clerk of court is directed to enter judgment accordingly.

      Entered this 22nd day of January, 2015.

                 BY THE COURT:

                 /s/

                 _____

                 WILLIAM M. CONLEY
                 District Judge