IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD MULHOLLAND,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

  v.                                   Case No. 14-cv-259-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this matter to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

    s/ N. Nelson, Deputy Clerk                          January 22, 2015

    Peter Oppeneer, Clerk of Court                      Date